48

65 A.3d 912

**Kelly GARMAN and Kent Garman, Appellants**

**v.**

**Laurice HEINE, M.D., Sohael Raschid, M.D., and
The Chambersburg Hospital, Appellees.**

**Kelly Garman and Kent Garman, Appellants**

**v.**

**Laurice Heine, M.D., Sohael Raschid, M.D., and
The Chambersburg Hospital, Appellees.**

**Nos. 80 MAP 2012, 81 MAP 2012.**

Supreme Court of Pennsylvania.

Argued April 10, 2013.

Decided April 25, 2013.

## *ORDER*

PER CURIAM.

The appeals are dismissed as having been **IMPROVI-DENTLY GRANTED.**

Madame Justice ORIE MELVIN did not participate in the consideration or decision of this case.